UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**$20,000.00 IN U.S. CURRENCY,**
*in rem,*

    **Defendant.**

Case No. 6:17-cv-00398-MA

**DEFAULT JUDGMENT OF FORFEITURE**

Based upon the Government's Motion for Entry of a Default Judgment of Forfeiture,

IT IS ORDERED AND ADJUDGED that the Defendant, *in rem,* $20,000.00 in U.S. currency, and all persons claiming any right, title, or interest in or to this Defendant, are in default for want of claim, answer, or other response or pleading, and such default is entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that based upon such default and the records in this action, this Court has subject matter jurisdiction and Defendant $20,000.00 in U.S. currency, *in rem,* is condemned and forfeited to the United States of America, free and clear of the claims of any and all persons, including, Laura Guijarro-Romero, Amadeo Gomez-Villanueva, and Jose M. Garcia, claiming any right, title, or interest in or to the Defendant currency. The Drug Enforcement

Agency (DEA) is directed to immediately transfer the custody and possession of Defendant, *in rem*, $20,000.00 in U.S. currency, to the United States Marshals Service for disposition in accordance with applicable statutes and regulations and provisions of this judgment.

The parties shall each bear their own costs and attorney fees incurred in prosecuting and defending this action.

DATED this 5 day of June, 2017.

*Malcolm F. Marsh*
MALCOLM F. MARSH
United States District Judge

Respectfully submitted,

BILLY J. WILLIAMS, OSB #901366
United States Attorney

*s/ Steven T. Mygrant*
STEVEN T. MYGRANT, OSB #031293
Assistant United States Attorney
(503) 727-1052